IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**AARON LYONS**                                                                             **PETITIONER**

**V.**                                            **CAUSE NO. 3:19-CV-326-CWR-FKB**

**RONALD KING**                                                       **RESPONDENT**

## **ORDER**

Before the Court is petitioner Aaron Lyons' objection to the Magistrate Judge's Report and Recommendation. *See* Docket No. 27. The matter is fully briefed and ready for adjudication.

Lyons' objection is well-written and thorough, to be sure, but it raises arguments that were considered and rejected by the Magistrate Judge's lengthy Report and Recommendation. On review, the Court is not persuaded that the Magistrate Judge has erred in his analysis. The Court therefore adopts the Report and Recommendation as its own Order.

A separate Final Judgment is forthcoming. No certificate of appealability will issue.

**SO ORDERED**, this the 20th day of December, 2021.

                                                                  s/ Carlton W. Reeves
                                                                  UNITED STATES DISTRICT JUDGE